September 9, 1965

Commonwealth *v.* Gaspero, Appellant.

Argued June 16, 1965; reargument refused September 24, 1965. *Neil Leibman*, for appellant; *William G. Klenk, II*, Assistant District Attorney, with him *Joseph M. Smith*, Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for Commonwealth, appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the judgment of sentence of the court below is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

FLOOD, J., absent.